461 A.2d 865

Commonwealth v. Allen, Appellant.

Argued May 20, 1982. Peter N. Georgiades, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and JOHNSON, JJ.

Order affirmed.

461 A.2d 865

Commonwealth v. Bowman, Appellant.

Submitted January 27, 1983. Jeffery M. Cook, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.

CIRILLO, J., filed a memorandum concurring opinion.